**Order issued February 4, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01186-CR

**LAURA SANDERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MB10-52665**

## ORDER

Before Justices O'Neill, Myers, and Brown

Based upon the Court's opinion of this date, we set aside the trial court's restitution order

and remand the case to the trial court for a hearing to determine the proper amount of restitution.

We **ORDER** the trial court to transmit a record of the proceedings, including the new

written restitution order, to this Court within **THIRTY DAYS** of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order. The

appeal shall be reinstated thirty days from the date of this order or when the record of the

restitution hearing is received, whichever is earlier.

/Ada Brown/
ADA BROWN
JUSTICE